# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036   Tel: 212-421-4100   Fax: 212-326-0806    www.pryorcashman.com

**Tom J. Ferber**
Partner

Direct Tel: 212-326-0194
Direct Fax: 212-798-6388
tferber@pryorcashman.com

October 10, 2013

Office of the Clerk
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

    Re:    **Webb v. Stallone et al. 13-0342-cv**

To Whom it May Concern:

    I write to advise that, for medical reasons, I will not be available to appear in Court for oral argument in the above-referenced matter on any date prior to November 4, 2013. This letter supplements my Oral Argument Statement filed on August 12, 2013 and my scheduling letter dated and filed on September 9, 2013.

    Thank you for your attention to this matter.

Respectfully yours,

/BSA

Tom J. Ferber

TJF/skh
Enclosure

cc:    David Kohane, Esq. (by email)
       Jeffrey A. Sunshine, Esq. (by email)
       *Counsel for Plaintiff*

1271758 v1
16178.00009