

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD P.A.**

David S. Gold
Associate
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201-525-6305
Writer's Direct Fax: 201-678-6305
Writer's E-Mail: dgold@coleschotz.com

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax
—
New York
—
Delaware
—
Maryland
—
Texas

January 6, 2013

**Via CM/ECF Filing**

Ms. Kimberly Gay
Case Manager, Clerk's Office
United States Court of Appeals for the
   Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

>   Re: *Webb v. Stallone, et al.*
>       No. 13-324-cv

Dear Ms. Gay:

      We represent plaintiff-appellant, Marcus Webb ("Webb") in the above matter. As per our conversation last week, and pursuant to Federal Rule of Evidence 201, Webb hereby requests that the Court take judicial notice of the enclosed Complaint filed by defendants-appellees, Millennium Films, Nu Image Films, Alta Vista Productions, Inc., Alta Vista Productions, LLC and Double Life Productions, Inc., in the Superior Court of California, styled *Nu Image, Inc., Millennium Films, Inc., Double Life Productions, Inc., Alta Vista Productions, Inc., Alta Vista Financing, LLC, and Alta Vista Productions, LLC v. David E. Callaham, Jittery Dog Productions, Inc., Writers Guild of America, West, Inc., and Does 1 to 10*, Case No. BC531490.

                                                     Respectfully submitted,

                                                     COLE, SCHOTZ, MEISEL,
                                                     FORMAN & LEONARD, P.A.

                                                     /s/ David S. Gold

DSG:dmb
Enclosure
cc:    All counsel of record (via CM/ECF)